JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. CV 12-0033-DOC(RNBx) | | Date September 6, 2012 |
| Title JOAO CONTROL AND MONITORING SYSTEMS LLC -V- FORD MOTOR COMPANY | | |

Present: The Honorable  DAVID O. CARTER, U.S. District Judge

| Julie Barrera | Debbie Gale | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steven W. Ritcheson | Marc Lorelli |
| | William Thompson |

Proceedings:  DEFENDANT'S MOTION TO TRANSFER CASE TO EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION [34]

SCHEDULING CONFERENCE

      The case is called and counsel make their appearances. The Court and counsel confer. The Court hears argument on the motion. The Court GRANTS the Defendant's Motion to Transfer Case to Eastern District of Michigan, Southern Division.

      The Scheduling Conference is moot.

:    15

Initials of Preparer